AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   04-30070-KPN

TO: (Name and address of Defendant)

Vincent J. McCaughey
807 Main Street
WARREN, MA 01083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   April 6, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  4-6-04 |
| NAME OF SERVER *(PRINT)*  HAROLD D HEWINSON | TITLE  CONSTABLE  CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Town Hall Ext. Sct._

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES  25.xx | TOTAL  25.xx |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-04
Date

Signature of Server: *Harold D Hewin*

Address of Server: 45 Shore Dr Holland, MA 01521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

**Peter K. Frei**

V.

**Town of Holland et al**

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Brian Roche
Stafford Road
HOLLAND, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: _Mary Finn_

DATE: _April 6, 2004_

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-6-04 |
| NAME OF SERVER (PRINT) Harold D Hewinson | TITLE Constable |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Town Hall, Holland

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25 — | TOTAL 25 — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-6-04
    Date                    Signature of Server

45 Shore Dr, Holland MA 01521
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

Peter K. Frei

V.                                    **SUMMONS IN A CIVIL CASE**

Town of Holland et al

CASE NUMBER:  04-30070-KPN

TO: (Name and address of Defendant)

Zoning Board of Appeals
2 East Brimfield Road
HOLLAND, MA 01521

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  Mary Finn

DATE  april 6 2004

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-6-04 |
| NAME OF SERVER (PRINT) HAROLD D HEWINSON | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Town Hall Holland

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 25 | TOTAL 25 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-04
Date

Signature of Server  Harold D Hewins

Address of Server  45 Shone DR Holland MA
01521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Town of Holland
2 East Brimfield Road
HOLLAND, MA 01521-3121

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

*Mary Finn*

(By) DEPUTY CLERK

DATE  april 4, 2004

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4-6-04 |
| NAME OF SERVER (PRINT) Harold D Hewinson | TITLE Constable |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Town Hall, Holland MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 25 | TOTAL 25 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-6-04
        Date

Signature of Server: Harold D Hewinson

Address of Server: 45 Shore Dr, Holland, MA 01521

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

**SUMMONS IN A CIVIL CASE**

Town of Holland et al

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Holland Conservation Commission
2 East Brimfield Road
HOLLAND, MA 01521-3121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                        april 6, 2004

CLERK                                               DATE

(By) DEPUTY CLERK

⟨AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4-6-04 |
| NAME OF SERVER (PRINT) HAROLD D NEWINSON | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Town Hall Holland MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 25— | TOTAL 25— |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-04
           Date              Signature of Server

45 Shore Dr  Holland, MA 01521
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ꔅAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

**SUMMONS IN A CIVIL CASE**

Town of Holland et al

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Helene Kreiger
Lake Shore Drive
**HOLLAND, MA 01521**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                 april 6, 2004
_____                 _____
CLERK                                        DATE

  /s/ Mary Finn
_____
(By) DEPUTY CLERK

◦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4-6-04 |
| NAME OF SERVER (PRINT) Harold D Hewinson | TITLE Constable |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Town Hall Holland

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25 | TOTAL 25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-04
            Date            *Signature of Server*

45 Shore Dr  Holland, MA
*Address of Server*          01521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.