AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

**Peter K. Frei**

V.

**Town of Holland et al**

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Police Department
116 Mashapaug Road
**HOLLAND, MA 01521**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                April 6, 2004

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4-6-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| HAROLD D HEWINSON | CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CHIEF OF POLICE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 25 | 25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-04
            Date

Signature of Server:  Harold D Hewinson

Address of Server:  45 Shore DR Holland MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Earl Johnson
Hisgen Road
HOLLAND, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           April 4, 2004
CLERK                                                   DATE

_Mary Finn_

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4-6-04 |
| NAME OF SERVER (PRINT) HAROLD D HEWINSON | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Town Hall Holland

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 25 | TOTAL 25 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-04
           Date

Signature of Server: Harold D Hewinson

Address of Server: 45 Shore Dr, Holland, MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Planning Board Holland
2 East Brimfield Road
HOLLAND, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  Mary Finn

(By) DEPUTY CLERK

DATE  April 6, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-6-04 |
| NAME OF SERVER (PRINT) HAROLD D HEWINSON | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Town Hall HOLLAND MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4-6-04__   __Harold D Hewinson__
              Date              Signature of Server

__45 Shore Dr, Holland MA__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Marilyn LaPlante
257 Mashapaug Road
HOLLAND, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE April 4, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  4-6-04 |
| NAME OF SERVER (PRINT) HAROLD D HEWINSIN | TITLE  CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ___Town Hall - Holland MA___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  25 | TOTAL  25 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4-6-04___         ___Harold D Hewinsin___
            Date                      Signature of Server

                    ___45 Shore Dr Holland MA 01521___
                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Kevin Gleason
122 Mashapaug Road
HOLLAND, MA 01521



YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _/Mary Finn_

(By) DEPUTY CLERK

DATE _april 6, 2004_

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-6-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Harold D Hewinson | Constable |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Town Hall Holland, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 25 | 25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-6-04         _Harold D Hewin_____
              Date          Signature of Server

45 Shore Dr  Holland, MA
Address of Server
01521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.