AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

**Peter K. Frei**

V.

**Town of Holland** et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT DISTRICT OF MASS. FILED

TO: (Name and address of Defendant)

224

Richard Blease
Stafford Road
**HOLLAND, MA 01521**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

April 6, 2004
DATE

Mary Finn
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-7-04 |
|---|---|
| NAME OF SERVER (PRINT) Harold Hewinson | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with ~~a person of suitable age and discretion then residing therein~~.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25 | TOTAL 25 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

[signature]
*Signature of Server*

45 Stone Dr, Holland, MA 01521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT DISTRICT OF MASS. FILED

TO: (Name and address of Defendant)

Arthur A. Quinn
Collette Drive
HOLLAND, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

April 6 2004

DATE

Mary Finn

(By) DEPUTY CLERK

LEFT. BY HAND WITH ARTHUR GIVIN

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-7-04 |
|---|---|
| NAME OF SERVER (PRINT) HAROLD HEWINSON | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: HIS HOUSE.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25 | TOTAL 25 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

Harold D Hewinson
*Signature of Server*

45 SHORE DR, HOLLAND MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT DISTRICT OF MASS. FILED

TO: (Name and address of Defendant)

Board of Health
2 East Brimfield Road
HOLLAND, MA 01521-3121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

April 6, 2004

DATE

Mary Finn

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-7-04 |
|---|---|
| NAME OF SERVER (PRINT) HAROLD D HEWINSON | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Town Hall Holland

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25 | TOTAL 25 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

[signature]
*Signature of Server*

45 Shore DR
*Address of Server*
Holland, MA
01521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Peter K. Frei
V.
Town of Holland et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT DISTRICT OF MASS. FILED

TO: (Name and address of Defendant)

Harold E. Congdon
21 Hisgen Rd

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

April 6, 2004
DATE

Mary Finn
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-7-04 |
|---|---|
| NAME OF SERVER *(PRINT)* Harold Hewinson | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 25 | 25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

[signature]
*Signature of Server*

45 Stone Dr, Holland, MA 01521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

**Peter K. Frei**

V.

**Town of Holland** et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED

TO: (Name and address of Defendant)

William Hardy
12 Bennett Lane
**HOLLAND**, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

April 6, 2004

DATE

Mary Finn

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-7-04 |
|---|---|
| NAME OF SERVER (PRINT) HAROLD HEWINSON | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: GAVE TO HIS WIFE

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 25 | 25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04 [signature]
Date — *Signature of Server*

45 SHORE DR, HOLLAND MA 01521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

**Peter K. Frei**

V.

**Town of Holland** et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
21

TO: (Name and address of Defendant)

John Stevens
1 Old Acres Road
**HOLLAND,** MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

April 4, 2004
DATE

Mary Finn
(By) DEPUTY CLERK

SV [illegible] LEFT IN [illegible] DOOR

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-7-04 |
|---|---|
| NAME OF SERVER *(PRINT)* Harold D Hewinson | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25 | TOTAL 25 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

Harold D Hewinson
*Signature of Server*

45 Shore Dr, Holland MA 01521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Peter K. Frei
V.
Town of Holland et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT DISTRICT OF MASS. FILED

TO: (Name and address of Defendant)

Joanne May
Union RD
HOLLAND, MA 01521

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

April 6, 2004
DATE

Mary Finn
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4-7-04 |
|---|---|
| NAME OF SERVER *(PRINT)* HAROLD HEWINSON | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MR MAYS

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

[signature]
*Signature of Server*

45 SHORE DR, HOLLAND MA 01521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Peter K. Frei
V.
Town of Holland et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT DISTRICT OF MASS. FILED

TO: (Name and address of Defendant)

Debra Benveniste
39 ~~45~~ Maybrook Road
HOLLAND, MA 01521

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

April 6, 2004
DATE

Mary Finn
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-7-04 |
|---|---|
| NAME OF SERVER (PRINT) HAROLD HEWINSON | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Her Husband

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 25 | 25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

Harold D Hewinson
*Signature of Server*

45 Shore DR, Holland MA 01521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT DISTRICT OF MASS. FILED

TO: (Name and address of Defendant)

Sally Blais
28 Overlook Road
HOLLAND, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

April 6, 2004

DATE

Mary Finn

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-7-04 |
|---|---|
| NAME OF SERVER (PRINT) HAROLD HEWIDSON | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or ~~usual place of abode with a person of suitable age and discretion then~~ residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25 | TOTAL 25 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

[signature]
*Signature of Server*

45 Shore Dr, Holland, MA 01521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED

TO: (Name and address of Defendant)

Robert Dymon
Lake Shore Drive
HOLLAND, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

April 6, 2004

DATE

Mary Finn

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4-7-04 |
|---|---|
| NAME OF SERVER (PRINT) Harold Hewinson | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house ~~or usual place of abode with a person of suitable age and discretion then residing therein.~~

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25 | TOTAL 25 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-7-04
Date

[signature]
*Signature of Server*

45 Shore Dr Holland, MA 01521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.