AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Robert Ford
8 Hawthorne Ridge Circle
TRUMBULL, CT 06611

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK  Mary Finn

(By) DEPUTY CLERK

DATE  April 6, 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHRISTOPHER COSTA | TRUMBULL TOWN CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 8· Hawthorne Ridge Circle
    Trumbull CT. 06611

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | 50— | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  17· April· 2004          *[signature] Christoph L. Costa*
                Date                                    Signature of Server

                                      2 Pepperidge Road Trumbull CT. 06611
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.