UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-30070KPN

Peter K. Frei,           )
Plaintiff,               )
                         )
v.                       )
                         )
TOWN OF HOLLAND, et al,  )
Defendant(s)             )

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME

Plaintiff hereby submits his OPPOSITION TO DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME.

Plaintiff does not object to defendants' counsel's request for more time to file an answer. Plaintiff would agree to provide defendants' counsel an extension of 60 days to answer plaintiff's amended complaint, due to the unusual size of plaintiff's amended complaint.

Defendants' request for a more definite statement is ludicrous. Plaintiff's FACTUAL STATEMENT in his AMENDED COMPLAINT is very detailed and unambiguous, the sixty-one COUNTS well structured and clearly pleaded and everything else but "vague".

Plaintiff's amended complaint has sixty-one COUNTS to prevent the amended complaint to be the very thing defendants' counsel asserts it to be. Every single COUNT relates to specified facts and defendant(s), and is confined to alleged violations of specific defendant(s).

To ease reading the amended complaint, and to find the specific facts relating to a specific COUNT out of the 514 paragraphs counting factual statement, plaintiff specifically points to the pertaining paragraphs at the beginning of each COUNT.

This ensures that each COUNT is precise and definite which plaintiff sees as the true reason for defendants' counsel's claim, quote: "..it is impossible to frame a Motion to Dismiss... (plaintiff's amended complaint)."

Defendants' counsel failed to specify the defect(s) that cause the amended complaint to be insufficient.

Defendants' counsel failed to follow Local Rules of the United States District Court for the district of Massachusetts. In particular, Rule 7.1(a)(2) requires counsel to certify that they have conferred and have attempted in good faith to resolve or narrow the issue. Defendants' counsel failed to certify to that effect, and defendants' counsel failed to confer with plaintiff pro se before filing of her motion.

**WHEREFORE,** plaintiff respectfully requests that this honorable Court deny defendants' MOTION FOR A MORE DEFINITE STATEMENT and allow defendants' alternative request FOR AN EXTENSION OF TIME.

> Respectfully submitted by the
> Plaintiff pro se
>
> *[signature]*
>
> Peter K. Frei
> P.O. Box 500
> BRIMFIELD, MA 01010-0500

phone: 413 245 4660

---

CERTIFICATE OF SERVICE:

On this 4th day of May 2004, I certify that I mailed a true copy of the above document, postage prepaid to:

>Nancy Frankel Pelletier, Esq., of
>Robinson Donovan, P.C.
>1500 Main Street, Suite 1600
>Springfield, MA 01115

Peter K. Frei

(http://www.01521.com/fed/foppos01.htm)