AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Ronald Benoit
Brimfield Road
HOLLAND, MA 01521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O. Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK  _Mary Ann_

(By) DEPUTY CLERK

DATE  _April 6, 2004_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-24-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| HAROLD HEWINSON | CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: His Home

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-24-04
Date

Signature of Server: Harold Hewinson

Address of Server: 45 Shore Dr, Hoagland, MA, 01521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.