AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Dora Metrellis
Sandy Beach Road
HOLLAND, MA 01521

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

(By) DEPUTY CLERK

DATE  April 6, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-21-04 |
| NAME OF SERVER (PRINT) HAROLD HEWINSON | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Her House

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-21-04
            Date

Signature of Server

45 Shore Dr
Holloway MA 01521
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.