AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Peter K. Frei

V.

Town of Holland et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30070-KPN

TO: (Name and address of Defendant)

Benjamin Haller
7 Bell Street
MONTCLAIR, NJ 07042-2232

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter K. Frei
P.O.Box 500
BRIMFIELD, MA 01521-0500
phone: 413 245 4660

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 4/21/04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 20 June 2004 |
|---|---|
| NAME OF SERVER (PRINT) Mary Ripley | TITLE n. a. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 7 Bell St., Apt. 312. Montclair, NJ 07042

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kate (daughter of defendant)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL 8 hours, 330 miles, 8×$15 = $120 330×$.35 = $115.50 | SERVICES | TOTAL $235.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 20 June 2004
Date

Mary G. S. Ripley
*Signature of Server*

488 Main St., Wilbraham, MA 01095
*Address of Server*

Note: Attempt to serve by Essex County Sheriff's Office failed – see attached copy of document "Proof of Service."

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CHANCERY DOCKET 04-30070 DEFENDANT DOCKET NO

OFFICER ... GREGORY PALMA

TYPE OF EXECUTION ... SUMMONS AND COMPLAINT

ATTORNEY

PETER FREY

PO BOX 500

BRIMFIELD MA

COURT OF TENANCY ... UNITED STATES DISTRICT COURT

DOCKET ...

INDIVIDUAL NAME ... PETER ... FREY

VS. TOWN OF HOLLAND ET AL

INDIVIDUAL NAME ... BENJAMIN ... TAUBER

ADDRESS 1

ADDRESS 2

TOWN/STATE ZIP ... MONTVALE ... NJ ... 07645

SUMMONS AND COMPLAINT

SERVED ...

REMARKS

COPY PERSONALLY DELIVERED

COPY LEFT WITH:

COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD

RESIDING THEREIN

OTHER

PERSON SERVED

IS IN THE MILITARY ... NOT IN THE MILITARY

SEX: MALE FEMALE

SKIN: WHITE BLACK ... BROWN ... RED

HEIGHT: UNDER 5 FEET ... OVER 6FT

WEIGHT: UNDER 100 LBS ... OVER 200 LBS

HAIR: BLACK BROWN BLOND GRAY RED WHITE BALDING

AGE: 14 ... OVER 65

Sworn to and subscribed before me this 21 day of June, 2004

*Lee P. Viscito*

LEE P. VISCITO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 1, 2005

ARMANDO B. FONTOURA
BERGEN COUNTY SHERIFF
BY ...

OFFICERS: ... INVESTIGATOR
STATE OF NEW JERSEY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-30070KPN

Peter K. Frei,
Plaintiff,

v.

TOWN OF HOLLAND, et al,
Defendant(s)

**AFFIDAVIT**

Mary Ripley on penalty of perjury and in accordance with Federal Rules of civil Procedure, Rule 4(1), certifies that the following affidavit and all facts stated herein are true and correct:

1. Mary Ripley served personally upon Kate, daughter of Benjamin Haller, at his residence at 7 Bell Street, Apt. 312, Montclair New Jersey, a copy of the complaint in the above captioned matter, together with a copy of the Summons and attachments.

2. Mary Ripley has personal knowledge of all the facts stated in this Affidavit, and the facts stated in the Summons issued to Benjamin Haller under "RETURN OF SERVICE", and other attachments. If called as witness, Mary Ripley could testify competently thereto.

3. Mary Ripley is not a party in the above captioned matter.

This statement made under oath on June 22, 2004.

Respectfully submitted by
Mary Ripley

Mary G. S. Ripley

488 Main Street
Wilbraham, MA 01095
phone: 413 596 8416