UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-30070KPN

| | |
|---|---|
| PETER K. FREI, | ) |
|     Plaintiff | ) |
| vs. | ) |
| | ) |
| TOWN OF HOLLAND, BOARD OF HEALTH, | ) |
| HOLLAND CONSERVATION COMMISSION, | ) |
| HOLLAND POLICE DEPARTMENT, | ) |
| PLANNING BOARD, ZONING BOARD OF | ) |
| APPEALS, Ronald Benoit, Debra Benveniste, | ) |
| Sally Blais, Richard Blease, Harold E. Congdon, | ) |
| Robert Dymon, Robert Ford, Kevin Gleason, | ) |
| Benjamin Haller, William Hardy, Earl Johnson, | ) |
| Helen Kreiger, Marilyn LaPlante, Joanne May, | ) |
| Vincent J. McCaughey, Dora Metrelis, | ) |
| Arthur A. Quinn, Brian Roche, John Stevens, | ) |
|     Defendants | ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS OF 20 PAGES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

NOW COME the defendants in the above captioned matter and hereby move that they be allowed to file herewith a Memorandum of Law in excess of 20 pages in Support of Defendants' Motion to Dismiss. In support thereof, the defendants state that they are responding to a 95 page complaint with over 800 paragraphs presented by the plaintiff and several federal Constitutional and State law counts alleged. In an effort to address each argument thoroughly, the defendants have exceeded the 20 page limit.  The defendants, therefore, respectfully move for leave to file their Opposition in excess of the 20 page limit.

THE DEFENDANTS,
TOWN OF HOLLAND, ET AL

By: _/s/ Nancy Frankel Pelletier_
Nancy Frankel Pelletier, Esq., BBO No.:  544402
Robinson Donovan, P.C.
1500 Main Street, 16th Floor
Springfield, MA 01115
(413) 732-2301

369225