UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30070KPN

| | |
|---|---|
| PETER K. FREI,<br>        Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| TOWN OF HOLLAND, BOARD OF HEALTH,<br>HOLLAND CONSERVATION COMMISSION,<br>HOLLAND POLICE DEPARTMENT,<br>PLANNING BOARD, ZONING BOARD OF<br>APPEALS, Ronald Benoit, Debra Benveniste,<br>Sally Blais, Richard Blease, Harold E. Congdon,<br>Robert Dymon, Robert Ford, Kevin Gleason,<br>Benjamin Haller, William Hardy, Earl Johnson,<br>Helen Kreiger, Marilyn LaPlante, Joanne May,<br>Vincent J. McCaughey, Dora Metrelis,<br>Arthur A. Quinn, Brian Roche, John Stevens,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS

NOW COME the defendants in the above captioned matter and hereby move this Court pursuant to Fed. R. Civ. P. 12(b)(6) to allow its Motion to Dismiss. As reasons for this Motion, the defendants attach hereto and incorporate by reference a Memorandum of Law in support of its Motion to Dismiss.

THE DEFENDANTS,
TOWN OF HOLLAND, ET AL

By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.,
BBO No.: 544402
Robinson Donovan, P.C.
1500 Main Street, 16th Floor
Springfield, MA 01115
(413) 732-2301

369321