UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-30070KPN

Peter K. Frei,          )
Plaintiff,              )
                        )
v.                      )
                        )
TOWN OF HOLLAND, et al, )
Defendant(s)            )
                        )

### AFFIDAVIT OF PETER K. FREI

IN SUPPORT OF REQUEST TO ENTER THE DEFAULT OF ALL DEFENDANTS IN THIS ACTION ACCORDING TO Fed.R.Civ.P. 55(a)

Peter K. Frei, being duly sworn, deposes and states:

1. My name is Peter K. Frei

2. I am over 18 years of age. I reside at 101 Maybrook Road in the town of Holland, MA. I am fully competent to make this affidavit and have personal knowledge of the facts stated in this affidavit.

3. I am the plaintiff pro se in this action.

4. I. Peter K. Frei have personal knowledge and subscribe to the truth under the penalty of perjury as to all facts stated in the attached REQUEST TO ENTER DEFAULT.

Signed by me on July 13, 2004, at Brimfield, MA

_____
Peter K. Frei,
plaintiff pro se
phone: 413 245 4660

THE COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

Subscribed and sworn to before me at Brimfield, on July 13, 2004

_Imelda Paulino_
Signature

_Imelda Paulino_
Name

Notary of public in and for the State of Massachusetts.

My commission expires:



(http://www.01521.com/fed/faffid02.htm)

Page 2 of 2 Pages