UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30070KPN

Peter K. Frei, )
Plaintiff, )
)
v. )
)
TOWN OF HOLLAND, et al, )
Defendant(s) )

## CERTIFICATE OF SERVICE FOR PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I certify that a true and correct copy of the attached PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY COURT and NOTICE OF MOTION FOR HEARING ON DEFAULT JUDGMENT together with all attachments were sent by first-class U.S.P.S. postage duly paid before 5:00 PM on July 13, 2002 to Nancy Frankel Pelletier, Esq., Robinson Donovan, P.C., 1500 Main Street, Suite 1600, P.O.Box 15609, Springfield, MA 01115-5609, who was the attorney of record prior to the entry of default in this matter for all the defendants:

**TOWN OF HOLLAND**, BOARD OF HEALTH, HOLLAND CONSERVATION COMMISSION, HOLLAND POLICE DEPARTMENT, PLANNING BOARD, ZONING BOARD OF APPEALS, Ronald Benoit, Debra Benveniste, Sally Blais, Richard Blease, Harold E. Congdon, Robert Dymon, Robert Ford, Kevin Gleason, Benjamin Haller, William Hardy, Earl Johnson, Helen Kreiger, Marilyn LaPlante, Joanne May, Vincent J. McCaughey, Dora Metrelis, Arthur A. Quinn, Brian Roche, and John Stevens.

July 13, 2004                                    plaintiff pro se

                                                 _____
                                                 Peter K. Frei
                                                 P.O.Box 500
                                                 Brimfield, MA 01010-0500
                                                 phone: 413 245 4660
                                                 cell:  413 626 3519

(http://www.01521.com/fed/fcrtsv01.htm)

Page 1 of 1 Pages