✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

| | |
|---|---|
| PETER K. FREI<br><br>V.<br><br>TOWN OF HOLLAND, et al. | **NOTICE**<br><br>CASE NUMBER: 04-30070-KPN |

TYPE OF CASE:

☒ CIVIL       CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, Massachusetts 01103 | Courtroom Three |
| | DATE AND TIME |
| | September 1, 2004, at 11:00 a.m. |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

August 6, 2004                    /s/ *Bethaney A. Healy*
DATE                              (BY) DEPUTY CLERK

TO:    All Counsel of Record