UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER K. FREI,                )
       Plaintiff        )
                              )
v.                            )   Civil Action No. 04-30070-KPN
                              )
                              )
TOWN OF HOLLAND, et al.,      )
       Defendants       )

SCHEDULING ORDER
September 1, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference held this day:

1. By September 14, 2004, Defendants shall file an answer to the complaint and the consent to jurisdiction form.

2. All written discovery and non-expert depositions shall be completed by March 14, 2005.

3. The parties shall appear for a case management conference on March 24, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: September 1, 2004

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge