135. The allegations contained in paragraph 135 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 135 of the plaintiff's complaint.

136. The defendants deny the allegations contained in paragraph 136 of the plaintiff's complaint.

137. The defendants say that they need not respond to the allegations contained in paragraph 137 of the plaintiff's complaint as the document speaks for itself.

138. The defendants say that they can neither admit nor deny the allegations contained in paragraph 138 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible.

139. The allegations contained in paragraph 139 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 139 of the plaintiff's complaint.

140. The allegations contained in paragraph 140 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 140 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

141. The defendants say that they can neither admit nor deny the allegations contained in paragraph 141 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 141 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

142. The allegations contained in paragraph 142 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 142 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

143. The allegations contained in paragraph 143 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 153 of the plaintiff's complaint.

144. The defendants say that they need not respond to the allegations contained in paragraph 144 of the plaintiff's complaint as the document speaks for itself.

145. The defendants say that they need not respond to the allegations contained in paragraph 145 of the plaintiff's complaint as the document speaks for itself.

146. The defendants say that they can neither admit nor deny the allegations contained in paragraph 146 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible.

147. The defendants say that they need not respond to the allegations contained in paragraph 147 of the plaintiff's complaint as the document speaks for itself.

148. The allegations contained in paragraph 148 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 148 of the plaintiff's complaint.

149. The defendants neither admit nor deny the allegations contained in paragraph 149 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

371269

150. The allegations contained in paragraph 150 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 150 of the plaintiff's complaint.

151. The defendants say that they need not respond to the allegations contained in paragraph 151 of the plaintiff's complaint as the document speaks for itself.

152. The defendants deny the allegation contained in paragraph 152 of the plaintiff's complaint.

153. The defendants neither admit nor deny the allegations contained in paragraph 153 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

154. The defendants say that they need not respond to the allegations contained in paragraph 154 of the plaintiff's complaint as the document speaks for itself.

155. The defendants neither admit nor deny the allegations contained in paragraph 155 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

156. The allegations contained in paragraph 156 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 156 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

157. The defendants neither admit nor deny the allegations contained in paragraph 157 of the plaintiff's complaint as they are without knowledge or information sufficient to form a

belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

     158.    The allegations contained in paragraph 158 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 158 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

     159.    The defendants say that they can neither admit nor deny the allegations contained in paragraph 159 of the plaintiff's complaint as they are vague and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 159 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

     160.    The defendants say that they need not respond to the allegations contained in paragraph 160 of the plaintiff's complaint as the document speaks for itself.

     161.    The allegations contained in paragraph 161 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 161 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

     162.    The defendants say that they need not respond to the allegations contained in paragraph 162 of the plaintiff's complaint as the document speaks for itself.

371269

163. The allegations contained in paragraph 163 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 163 of the plaintiff's complaint.

164. The allegations contained in paragraph 164 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 164 of the plaintiff's complaint.

165. The defendants neither admit nor deny the allegations contained in paragraph 165 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

166. The defendants say that they can neither admit nor deny the allegations contained in paragraph 166 of the plaintiff's complaint as they are vague and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 166 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

167. The defendants neither admit nor deny the allegations contained in paragraph 167 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

168. The defendants neither admit nor deny the allegations contained in paragraph 168 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

371269

169. The defendants neither admit nor deny the allegations contained in paragraph 169 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

170. The defendants deny the allegations contained in paragraph 170 of the plaintiff's complaint.

171. The defendants neither admit nor deny the allegations contained in paragraph 171 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

172. The defendants neither admit nor deny the allegations contained in paragraph 172 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

173. The defendants neither admit nor deny the allegations contained in paragraph 173 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

174. The defendants say that they need not respond to the allegations contained in paragraph 174 of the plaintiff's complaint as the document speaks for itself.

175. The allegations contained in paragraph 175 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 175 of the plaintiff's complaint.

176. The defendants neither admit nor deny the allegations contained in paragraph 176 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

177. The defendants neither admit nor deny the allegations contained in paragraph 177 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

178. The defendants neither admit nor deny the allegations contained in paragraph 178 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

179. The defendants neither admit nor deny the allegations contained in paragraph 179 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

180. The defendants say that they can neither admit nor deny the allegations contained in the first sentence of paragraph 180 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.. The defendants deny the allegations contained in the second sentence of paragraph 180 of the plaintiff's complaint.

181. The allegations contained in paragraph 181 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 181 of the plaintiff's complaint.

182. The defendants say that they can neither admit nor deny the allegations contained in the first sentence of paragraph 182 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

183. The defendants neither admit nor deny the allegations contained in paragraph 183 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

184. The defendants say that they need not respond to the allegations contained in the first sentence of paragraph 184 of the plaintiff's complaint as the document speaks for itself. The defendants deny the allegations contained in the second sentence of paragraph 184 of the plaintiff's complaint.

185. The defendants neither admit nor deny the allegations contained in paragraph 185 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

186. The defendants say that they need not respond to the allegations contained in paragraph 186 of the plaintiff's complaint as the document speaks for itself.

187. The defendants say that they need not respond to the allegations contained in paragraph 187 of the plaintiff's complaint as the document speaks for itself.

188. The defendants say that they need not respond to the allegations contained in paragraph 188 of the plaintiff's complaint as the document speaks for itself.

189. The allegations contained in paragraph 189 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the

371269

defendants neither admit nor deny the allegations contained in paragraph 189 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

190. The defendants neither admit nor deny the allegations contained in paragraph 190 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

191. The allegations contained in paragraph 191 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 191 of the plaintiff's complaint.

192. The defendants deny the allegations contained in paragraph 192 of the plaintiff's complaint.

193. The defendants neither admit nor deny the allegations contained in paragraph 193 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

194. The allegations contained in paragraph 194 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 194 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

195. The defendants say that they need not respond to the allegations contained in paragraph 195 of the plaintiff's complaint as the document speaks for itself.

371269

196.   The allegations contained in paragraph 196 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 196 of the plaintiff's complaint.

197.   The defendants say that they need not respond to the allegations contained in paragraph 197 of the plaintiff's complaint as the document speaks for itself.

198.   The defendants neither admit nor deny the allegations contained in paragraph 198 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

199.   The defendants deny the allegations contained in paragraph 199 of the plaintiff's complaint.

200.   The allegations contained in paragraph 200 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 200 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

201.   The defendants neither admit nor deny the allegations contained in paragraph 201 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

202.   The defendants neither admit nor deny the allegations contained in paragraph 202 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

371269

203.    The defendants say that they need not respond to the allegations contained in paragraph 203 of the plaintiff's complaint as the document speaks for itself.

204.    The allegations contained in paragraph 204 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants admit that a certificate of compliance has not been issued.

205.    The allegations contained in paragraph 205 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 205 of the plaintiff's complaint.

206.    The defendants say that they can neither admit nor deny the allegations contained in paragraph 206 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. To the extent paragraph 206 alleges any wrongdoing on the part of the defendants, the defendants deny same.

207.    The defendants neither admit nor deny the allegations contained in paragraph 207 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

208.    The defendants admit the allegations contained in paragraph 208 of the plaintiff's complaint with the caveat that Blease has no independent memory of the exact date he inspected the Plaintiff's utility trench.

209.    The defendants admit the allegations contained in the first sentence of paragraph 209 of the plaintiff's complaint. The defendants deny the balance of the allegations in paragraph 209 of the plaintiff's complaint.

371269

210. The defendants say that they need not respond to the allegations contained in paragraph 210 of the plaintiff's complaint as the documents speak for themselves. To the extent that paragraph 210 is read to allege wrongdoing on the part of the defendants, the same is denied.

211. The defendants deny the allegations contained in paragraph 11 of the plaintiff's complaint.

212. The defendants deny the allegations contained in paragraph 212 of the plaintiff's complaint.

213. The defendants deny the allegations contained in the first sentence of paragraph 213 of the plaintiff's complaint. The defendants neither admit nor deny the balance of the allegations contained in paragraph 213 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

214. The defendants deny all allegations contained in paragraph 214 of the plaintiff's complaint except the allegations that the plaintiff back filled his trench and flew to Switzerland on October 18, 1995. As to these allegations, the defendants neither admit nor deny as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

215. The defendants say that they need not respond to the allegations contained in paragraph 215 of the plaintiff's complaint as the document speaks for itself.

216. The defendants say that they can neither admit nor deny the allegations contained in paragraph 216 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

217.    The defendants say that they need not respond to the allegations contained in paragraph 217 of the plaintiff's complaint as the document speaks for itself.

218.    The defendants neither admit nor deny the allegations contained in paragraph 218 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

219.    The allegations contained in paragraph 219 call for a legal conclusion to which the defendants are not obligated to respond.  To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 219 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

220.    The allegations contained in paragraph 220 call for a legal conclusion to which the defendants are not obligated to respond.  To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 220 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

221.    The defendants admit the allegations contained in paragraph 221 of the plaintiff's complaint.

222.    The defendants say that they need not respond to the allegations contained in paragraph 222 of the plaintiff's complaint as the document speaks for itself.

223.    The defendants say that they need not respond to the allegations contained in paragraph 223 of the plaintiff's complaint as the document speaks for itself.

224.    The defendants say that they need not respond to the allegations contained in paragraph 224 of the plaintiff's complaint as the document speaks for itself.

371269

225. The defendants say that they need not respond to the allegations contained in paragraph 225 of the plaintiff's complaint as the document speaks for itself.

226. The defendants say that they need not respond to the allegations contained in paragraph 226 of the plaintiff's complaint as the document speaks for itself.

227. The defendants neither admit nor deny the allegations contained in paragraph 227 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

228. The defendants say that they need not respond to the allegations contained in paragraph 228 of the plaintiff's complaint as the document speaks for itself.

229. The defendants neither admit nor deny the allegations contained in paragraph 229 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

230. The defendants neither admit nor deny the allegations contained in paragraph 230 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

231. The defendants say that they can neither admit nor deny the allegations contained in paragraph 231 of the plaintiff's complaint as they are vague and incomprehensible. To the extent an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 231 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof

371269

232.	The defendants say that they can neither admit nor deny the allegations contained in paragraph 232 of the plaintiff's complaint as they are incomplete sentences, unlimited in time, and incomprehensible. In further answering, to the extent that paragraph 232 is read to allege wrongdoing on the part of the defendants, the same is denied.

233.	The defendants neither admit nor deny the allegations contained in paragraph 233 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. In further answering, to the extent that paragraph 233 is read to allege wrongdoing on the part of the defendants, the same is denied.

234.	The defendants neither admit nor deny the allegations contained in paragraph 234 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. In further answering, to the extent that paragraph 234 is read to allege wrongdoing on the part of the defendants, the same is denied.

235.	The defendants neither admit nor deny the allegations contained in paragraph 235 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. In further answering, to the extent that paragraph 235 is read to allege wrongdoing on the part of the defendants, the same is denied.

236.	The defendants say that they need not respond to the allegations contained in paragraph 236 of the plaintiff's complaint as the document speaks for itself.

237.	The defendants say that they need not respond to the allegations contained in paragraph 237 of the plaintiff's complaint as the document speaks for itself.

238.    The defendants say that they need not respond to the allegations contained in paragraph 238 of the plaintiff's complaint as the document speaks for itself.

239.    The defendants admit so much of the allegations in paragraph 239 as allege that the plaintiff attended a meeting of the BOH regarding the connection of the proposed two story garage to the existing sub-surface sewage disposal system. The defendants say that they can neither admit nor deny the balance of the allegations contained in paragraph 239 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

240.    The defendants admit the allegations contained in paragraph 240 of the plaintiff's complaint.

241.    The defendants neither admit nor deny the allegations contained in paragraph 241 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

242.    The defendants say that they need not respond to the allegations contained in paragraph 242 of the plaintiff's complaint as the document speaks for itself.

243.    The defendants deny the allegations contained in paragraph 243 of the plaintiff's complaint.

244.    The defendants neither admit nor deny the allegations contained in paragraph 244 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. In further answering, to the extent that paragraph 244 is read to allege wrongdoing on the part of the defendants, the same is denied.

245.    The defendants say that they need not respond to the allegations contained in paragraph 245 of the plaintiff's complaint as the document speaks for itself.

246.    The defendants say that they need not respond to the allegations contained in paragraph 246 of the plaintiff's complaint as the documents speak for themselves.

247.    The defendants deny the allegations contained in paragraph 247 of the plaintiff's complaint.

248.    The defendants neither admit nor deny the allegations contained in paragraph 248 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

249.    The defendants say that they need not respond to the allegations contained in paragraph 249 of the plaintiff's complaint as the document speaks for itself.

250.    The defendants admit the allegations contained in the first sentence of paragraph 250 of the plaintiff's complaint. The defendants deny the allegations contained in the second sentence of paragraph 250 of the plaintiff's complaint.

251.    The allegations contained in paragraph 251 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 251 of the plaintiff's complaint.

252.    The allegations contained in paragraph 252 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 252 of the plaintiff's complaint.

253.    The defendants say that they need not respond to the allegations contained in paragraph 253 of the plaintiff's complaint as the document speaks for itself.

254. The defendants neither admit nor deny the allegations contained in paragraph 254 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

255. The allegations contained in paragraph 255 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants say that they can neither admit nor deny the allegations contained in paragraph 255 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible. In further answering, to the extent that paragraph 255 is read to allege wrongdoing on the part of the defendants, the same is denied.

256. The defendants neither admit nor deny the allegations contained in paragraph 256 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

257. The defendants say that they can neither admit nor deny the allegations contained in paragraph 257 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

258. The defendants admit the allegations contained in the first sentence of paragraph 258 of the plaintiff's complaint. The defendants neither admit nor deny the allegations contained in the second sentence of paragraph 258 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

259.    The defendants neither admit nor deny the allegations contained in paragraph 262 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.  Further answering, to the extent the allegations contained in paragraph 259 can be read as alleging any wrongdoing the same is denied.

260.    The defendants say that they need not respond to the allegations contained in paragraph 260 of the plaintiff's complaint as the document speaks for itself.

261.    The defendants deny the allegations contained in paragraph 261 of the plaintiff's complaint.

262.    The defendants neither admit nor deny the allegations contained in paragraph 262 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.  Further answering, to the extent the allegations contained in paragraph 262 can be read as alleging any wrongdoing as to paragraph 262, the same is denied.

263.    The defendants neither admit nor deny the allegations contained in paragraph 263 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

264.    The defendants deny the allegations contained in paragraph 264 of the plaintiff's complaint.

265.    The defendants say that they need not respond to the allegations contained in paragraph 265 of the plaintiff's complaint as the document speaks for itself.

266.    The defendants admit the allegation contained in paragraph 266 of the plaintiff's complaint that the plaintiff inquired about the fee for a permit.  The defendants neither admit nor

371269

deny the balance of the allegations in paragraph 266 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

267.    The defendants neither admit nor deny the allegations contained in paragraph 267 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

268.    The defendants neither admit nor deny the allegations contained in paragraph 268 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

269.    The defendants neither admit nor deny the allegations contained in paragraph 269 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

270.    The defendants admit the allegations contained in paragraph 270 of the plaintiff's complaint that Blease received a permit application. The defendants neither admit nor deny the balance of the allegations contained in paragraph 270 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

271.    The defendants deny the allegations contained in paragraph 271 of the plaintiff's complaint.

272.    The defendants neither admit nor deny the allegations contained in paragraph 272 of the plaintiff's complaint as they are without knowledge or information sufficient to form a