belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

273. The defendants admit so much of the allegations in paragraph 273 as assert that Mr. Garon is an electrician in the Town of Holland who depends on the electrical inspector to inspect and approve his work. The defendants neither admit nor deny the allegations contained in paragraph 273 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

274. The defendants neither admit nor deny the allegations contained in paragraph 274 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

275. The defendants neither admit nor deny the allegations contained in paragraph 275 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

276. The defendants admit the allegations contained in paragraph 276 of the plaintiff's complaint.

277. The defendants neither admit nor deny the allegations contained in paragraph 277 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. In further answering, to the extent that paragraph 277 is read to allege wrongdoing on the part of the defendants, the same is denied.

278.   The defendants say that they need not respond to the allegations contained in paragraph 278 of the plaintiff's complaint as the document speaks for itself.

279.   The defendants neither admit nor deny the allegations contained in paragraph 279 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

280.   The defendants admit the allegations contained in paragraph 280 of the plaintiff's complaint.

281.   The defendants say that they can neither admit nor deny the allegations contained in paragraph 281 of the plaintiff's complaint as they are incomplete sentences, unlimited in time, and incomprehensible.

282.   The defendants neither admit nor deny the allegations contained in paragraph 282 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

283.   The allegations contained in paragraph 283 call for a legal conclusion to which the defendants are not obligated to respond.  To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 283 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

284.   The defendants say that they can neither admit nor deny the allegations contained in paragraph 284 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 284 of the plaintiff's complaint as they are without

371269

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

285. The defendants say that they can neither admit nor deny the allegations contained in paragraph 285 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible.

286. The defendants neither admit nor deny the allegations contained in paragraph 286 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

287. The defendants neither admit nor deny the allegations contained in paragraph 287 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

288. The defendants neither admit nor deny the allegations contained in paragraph 287 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. Further answering, to the extent the allegations contained in paragraph 288 can be read as alleging any wrongdoing as to paragraph 288, the same is denied.

289. The defendants say that they need not respond to the allegations contained in paragraph 289 of the plaintiff's complaint as the document speaks for itself.

290. The allegations contained in paragraph 290 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants say that they can neither admit nor deny the allegations contained in paragraph 290 of

371269

the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

291. The defendants say that they need not respond to the allegations contained in paragraph 291 of the plaintiff's complaint as the document speaks for itself.

292. The defendants neither admit nor deny the allegations contained in paragraph 292 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

293. The defendants neither admit nor deny the allegations contained in paragraph 293 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

294. The defendants neither admit nor deny the allegations contained in paragraph 294 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

295. The defendants say that they need not respond to the allegations contained in paragraph 295 of the plaintiff's complaint as the document speaks for itself. Further answering, to the extent the allegations contained in paragraph 295 can be read as alleging any wrongdoing as to paragraph 295, the same is denied.

296. The defendants neither admit nor deny the allegations contained in paragraph 296 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

297. The allegations contained in paragraph 297 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 297 of the plaintiff's complaint.

298. The defendants say that they can neither admit nor deny the allegations contained in paragraph 298 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible. To the extent an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 298 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

299. The defendants neither admit nor deny the allegations contained in paragraph 299 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

300. The defendants say that they need not respond to the allegations contained in paragraph 300 of the plaintiff's complaint as the document speaks for itself.

301. The allegations contained in paragraph 301 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants say that they can neither admit nor deny the allegations contained in paragraph 301 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible. In further answering, to the extent that paragraph 301 is read to allege wrongdoing on the part of the defendants, the same is denied.

302. The defendants say that they need not respond to the allegations contained in paragraph 302 of the plaintiff's complaint as the document speaks for itself.

303. The defendants say that they need not respond to the allegations contained in paragraph 303 of the plaintiff's complaint as the document speaks for itself.

304. The defendants say that they need not respond to the allegations contained in paragraph 304 of the plaintiff's complaint as the document speaks for itself.

305. The defendants say that they need not respond to the allegations contained in paragraph 305 of the plaintiff's complaint as the document speaks for itself.

306. The defendants deny the allegations in the first sentence of paragraph 306 of the plaintiff's complaint. The defendants say that they can neither admit nor deny the balance of the allegations contained in paragraph 306 of the plaintiff's complaint as without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

307. The defendants say that they need not respond to the allegations contained in paragraph 307 of the plaintiff's complaint as the document speaks for itself.

308. The defendants admit the allegations contained in paragraph 308 of the plaintiff's complaint regarding Mr. Humphrey. The defendants neither admit nor deny the balance of the allegations contained in paragraph 308 as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

309. The defendants neither admit nor deny the allegations contained in paragraph 309 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

310. The defendants neither admit nor deny the allegations contained in paragraph 310 of the plaintiff's complaint as they are without knowledge or information sufficient to form a

371269

belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

311.    The defendants say that they need not respond to the allegations contained in paragraph 311 of the plaintiff's complaint as the document speaks for itself.

312.    The defendants say that they need not respond to the allegations contained in paragraph 312 of the plaintiff's complaint as the document speaks for itself.

313.    The defendants say that they need not respond to the allegations contained in paragraph 313 of the plaintiff's complaint as the document speaks for itself.

314.    The defendants say that they need not respond to the allegations contained in paragraph 314 of the plaintiff's complaint as the document speaks for itself.

315.    The defendants say that they need not respond to the allegations contained in paragraph 315 of the plaintiff's complaint as the document speaks for itself.

316.    The defendants neither admit nor deny the allegations contained in paragraph 316 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

317.    The defendants say that they need not respond to the allegations contained in paragraph 317 of the plaintiff's complaint as the document speaks for itself.

318.    The defendants say that they need not respond to the allegations contained in the first sentence of paragraph 318 of the plaintiff's complaint as the document speaks for itself.

319.    The defendants admit the allegations contained in paragraph 319 of the plaintiff's complaint.

320.    The defendants say that they need not respond to the allegations contained in paragraph 320 of the plaintiff's complaint as the document speaks for itself.

321.    The defendants say that they need not respond to the allegations contained in paragraph 321 of the plaintiff's complaint as the document speaks for itself.

322.    The defendants neither admit nor deny the allegations contained in paragraph 32 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

323.    The defendants admit the allegations contained in paragraph 323 of the plaintiff's complaint concerning the plaintiff's submission of revised plans and the BOH's request that the Town Sanitarian review the said plans. The defendants neither admit nor deny the remaining allegations contained in paragraph 323 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

324.    The defendants admit the allegations contained in paragraph 324 of the plaintiff's complaint that Mr. Quinn faxed a letter to Cox regarding the reviewed plans. The defendants deny the balance of the allegations contained in paragraph 324.

325.    The allegations contained in paragraph 325 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in the first sentence of paragraph 325 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. The defendants deny the allegations in the second sentence of paragraph 325 of the plaintiff's complaint.

326.    The allegations contained in paragraph 326 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the

371269

defendants neither admit nor deny the allegations contained in paragraph 326 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

327.   The allegations contained in paragraph 327 call for a legal conclusion to which the defendants are not obligated to respond.  To the extent that an answer is required, the defendants deny the allegations contained in paragraph 327 of the plaintiff's complaint.

328.   The defendants say that they need not respond to the allegations contained in paragraph 328 of the plaintiff's complaint as the document speaks for itself.

329.   The defendants neither admit nor deny the allegations contained in paragraph 329 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

330.   The defendants say that they need not respond to the allegations contained in paragraph 330 of the plaintiff's complaint as the document speaks for itself.

331.   The defendants neither admit nor deny the allegations contained in paragraph 331 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

332.   The allegations contained in paragraph 332 call for a legal conclusion to which the defendants are not obligated to respond.  To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 332 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

333. The defendants say that they need not respond to the allegations contained in paragraph 333 of the plaintiff's complaint as the document speaks for itself.

334. The defendants say that they need not respond to the allegations contained in the first sentence of paragraph 334 of the plaintiff's complaint as the document speaks for itself. The defendants deny the balance of the allegations in paragraph 334 of the plaintiff's complaint.

335. The defendants say that they can neither admit nor deny the allegations contained in paragraph 335 of the plaintiff's complaint as they are incomplete sentences and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 335 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

336. The defendants say that they can neither admit nor deny the allegations contained in paragraph 336 of the plaintiff's complaint as they are incomplete sentences and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 336 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

337. The defendants say that they can neither admit nor deny the allegations contained in paragraph 337 of the plaintiff's complaint as they are incomplete sentences, unlimited in time, and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 337 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

338.	The defendants say that they can neither admit nor deny the allegations contained in paragraph 338 of the plaintiff's complaint as they are incomplete sentences, unlimited in time, and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 338 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

339.	The defendants say that they can neither admit nor deny the allegations contained in paragraph 339 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible. To the extent that an answer is required, the defendants neither admit nor deny the allegations contained in paragraph 339 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

340.	The defendants say that they can neither admit nor deny the allegations contained in paragraph 340 of the plaintiff's complaint as they are incomplete sentences, unlimited in time, and incomprehensible. In further answering, to the extent that paragraph 340 is read to allege wrongdoing on the part of the defendants, the same is denied.

341.	The defendants neither admit nor deny the allegations contained in paragraph 341 of the plaintiff's complaint as the document speaks for itself. In further answering, to the extent that paragraph 341 is read to allege wrongdoing on the part of the defendants, the same is denied.

342.	The defendants neither admit nor deny the allegations contained in paragraph 342 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

371269

343. The defendants say that they need not respond to the allegations contained in paragraph 343 of the plaintiff's complaint as the document speaks for itself.

344. The defendants say that they need not respond to the allegations contained in paragraph 344 of the plaintiff's complaint as the document speaks for itself.

345. The defendants say that they need not respond to the allegations contained in paragraph 345 of the plaintiff's complaint as the document speaks for itself.

346. The defendants say that they need not respond to the allegations contained in paragraph 346 of the plaintiff's complaint as the document speaks for itself.

347. The defendants admit the allegations contained in the first sentence of paragraph 347 of the plaintiff's complaint. The defendants neither admit nor deny the allegations contained in paragraph 347 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

348. The defendants say that they need not respond to the allegations contained in paragraph 348 of the plaintiff's complaint as the document speaks for itself.

349. The defendants say that they need not respond to the allegations contained in paragraph 349 of the plaintiff's complaint as the document speaks for itself.

350. The defendants say that they need not respond to the allegations contained in paragraph 350 of the plaintiff's complaint as the document speaks for itself. In further answering, the defendants neither admit nor deny the allegation contained in paragraph 350 of the plaintiff's complaint that the plaintiff filed the affidavit in good faith as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

351.    The defendants The defendants neither admit nor deny the allegations contained in paragraph 351 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

352.    The defendants deny the allegations contained in paragraph 352 of the plaintiff's complaint.

353.    The defendants neither admit nor deny the allegations contained in paragraph 353 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

354.    The defendants say that they need not respond to the allegations contained in paragraph 354 of the plaintiff's complaint as the document speaks for itself.

355.    The defendants say that they need not respond to the allegations contained in paragraph 355 of the plaintiff's complaint as to the name of the permit issued as the document speaks for itself.  The defendants neither admit nor deny the allegations contained in paragraph 355 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

356.    The defendants neither admit nor deny the allegations contained in paragraph 356 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

357.    The defendants neither admit nor deny the allegations contained in paragraph 357 of the plaintiff's complaint as they are without knowledge or information sufficient to form a

371269

belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

358.  The defendants say that they can neither admit nor deny the allegations contained in paragraph 358 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

359.  The defendants neither admit nor deny the allegations contained in paragraph 359 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

360.  The defendants say that they can neither admit nor deny the allegations contained in paragraph 360 of the plaintiff's complaint as they are incomplete sentences, unlimited in time, and incomprehensible.  In further answering, to the extent that paragraph 360 is read to allege wrongdoing on the part of the defendants, the same is denied.

361.  The defendants say that they need not respond to the allegations contained in paragraph 361 of the plaintiff's complaint as the document speaks for itself.

362.  The defendants say that they need not respond to the allegations contained in paragraph 361 of the plaintiff's complaint as the document speaks for itself.  In further answering, to the extent that paragraph 362 is read to allege wrongdoing on the part of the defendants, the same is denied.

363.  The defendants deny the allegations contained in paragraph 363 of the plaintiff's complaint.

364.  The defendants say that they can neither admit nor deny the allegations contained in paragraph 364 of the plaintiff's complaint as they are without knowledge or information

371269

sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

365. The defendants say that they can neither admit nor deny the allegations contained in paragraph 365 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

366. The defendants neither admit nor deny the allegations contained in paragraph 366 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

367. The defendants say that they can neither admit nor deny the allegations contained in paragraph 367 of the plaintiff's complaint as they are incomplete sentences and incomprehensible. In further answering, to the extent that paragraph 367 is read to allege wrongdoing on the part of the defendants, the same is denied.

368. The defendants say that they can neither admit nor deny the allegations contained in paragraph 368 of the plaintiff's complaint as they are incomplete sentences, unlimited in time, and incomprehensible. In further answering, to the extent that paragraph 368 is read to allege wrongdoing on the part of the defendants, the same is denied.

369. As to the allegation regarding the content of the April 3, 2001 letter, the defendants neither admit nor deny the allegations contained in paragraph 369 of the plaintiff's complaint as the document speaks for itself. The defendants deny the balance of the allegations contained in paragraph 369 of the plaintiff's complaint.

370. The defendants neither admit nor deny the allegations contained in paragraph 370 of the plaintiff's complaint as they are without knowledge or information sufficient to form a

371269

belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

371. The defendants say that they need not respond to the allegations contained in paragraph 371 of the plaintiff's complaint as the document speaks for itself. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 371 of the plaintiff's complaint.

372. The defendants say that they need not respond to the allegations contained in paragraph 372 of the plaintiff's complaint as the document speaks for itself. In further answering, the defendants deny the allegations contained in the last sentence of paragraph 372 of the plaintiff's complaint.

373. The allegations contained in paragraph 373 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 373 of the plaintiff's complaint.

374. The defendants neither admit nor deny the allegations contained in paragraph 374 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

375. The defendants neither admit nor deny the allegations contained in paragraph 375 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

376. The defendants admit the allegations contained in paragraph 376 of the plaintiff's complaint.

371269

377.    The defendants neither admit nor deny the allegations contained in paragraph 377 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

378.    The defendants neither admit nor deny the allegation that the May 27, 2002 Planning Board meeting was led by Earl Johnson.  The defendants deny the balance of the allegations contained in paragraph 378 of the plaintiff's complaint.

379.    The defendants neither admit nor deny the allegations contained in paragraph 379 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

380.    The defendants neither admit nor deny the allegations contained in paragraph 380 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

381.    The defendants neither admit nor deny the allegations contained in paragraph 381 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

382.    The defendants neither admit nor deny the allegations contained in paragraph 382 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

371269

384.	(sic) The defendants say that they can neither admit nor deny the allegations contained in paragraph 384 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible.  In further answering, to the extent that paragraph 384 is read to allege wrongdoing on the part of the defendants, the same is denied.

385.	The defendants say that they can neither admit nor deny the allegations contained in paragraph 385 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible.  In further answering, to the extent that paragraph 385 is read to allege wrongdoing on the part of the defendants, the same is denied.

386.	The defendants say that they can neither admit nor deny the allegations contained in paragraph 386 of the plaintiff's complaint as they are vague, unlimited in time, and incomprehensible.  In further answering, to the extent that paragraph 386 is read to allege wrongdoing on the part of the defendants, the same is denied.

387.	The defendants neither admit nor deny the allegations contained in paragraph 387 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

388.	The defendants deny the allegations contained in paragraph 388 of the plaintiff's complaint.

389.	The defendants admit the allegations contained in the first sentence of paragraph 389 of the plaintiff's complaint.  The defendants deny the balance of the allegations contained in paragraph 389 of the plaintiff's complaint.

390.	The defendants admit the allegations contained in paragraph 390 that the Planning Board members provided the plaintiff with what he believed was relevant case law.  The

371269

defendants deny the balance of the allegations contained in paragraph 390 of the plaintiff's complaint.

391.   The defendants say that they need not respond to the allegations contained in paragraph 391 of the plaintiff's complaint as the document speaks for itself.

392.   The defendants neither admit nor deny the allegations contained in paragraph 392 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

394.   (sic) The defendants deny the allegations contained in paragraph 394 of the plaintiff's complaint.

395.   The allegations contained in paragraph 395 call for a legal conclusion to which the defendants are not obligated to respond.  To the extent that an answer is required, the defendants deny the allegations in paragraph 395 of the plaintiff's complaint.

396.   The defendants neither admit or deny the allegations contained in the first sentence of paragraph 396 as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.  The defendants deny the balance of the allegations contained in paragraph 396 of the plaintiff's complaint.

397.   The defendants deny the allegations contained in paragraph 397 of the plaintiff's complaint.

398.   The allegations contained in paragraph 398 call for a legal conclusion to which the defendants are not obligated to respond.  To the extent that an answer is required, the defendants deny the allegations contained in paragraph 398 of the plaintiff's complaint.

399.	The defendants admit the allegations contained in paragraph 399 of the plaintiff's complaint that the plaintiff attempted to show the town clerk some kind of written material. The defendants neither admit nor deny the balance of the allegations contained in paragraph 399 as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof.

400.	The defendants deny the allegations contained in paragraph 400 of the plaintiff's complaint.

401.	The defendants admit the allegations contained in paragraph 401 of the plaintiff's complaint.

402.	The defendants neither admit nor deny the allegations contained in the first sentence of paragraph 402 of the plaintiff's complaint as they are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and leave the plaintiff to his burden of proof. The defendants say that they need not respond to the allegations contained in the second sentence of paragraph 402 of the plaintiff's complaint as the document speaks for itself.

403.	The defendants say that they need not respond to the allegations contained in paragraph 403 of the plaintiff's complaint as the document speaks for itself.

404.	The defendants say that they need not respond to the allegations contained in paragraph 404 of the plaintiff's complaint as the document speaks for itself.

405.	The allegations contained in paragraph 405 call for a legal conclusion to which the defendants are not obligated to respond. To the extent that an answer is required, the defendants deny the allegations contained in paragraph 405 of the plaintiff's complaint.