UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-30070MAP

Peter K. Frei,           )
Plaintiff,               )
                         )
v.                       )
                         )
TOWN OF HOLLAND, et al,  )
Defendant(s)             )

**PLAINTIFF'S MOTION TO STRIKE ANSWERS AND AFFIRMATIVE DEFENSES OF THE DEFENDANTS ANSWER,
AND, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT ON AFFIRMATIVE DEFENSES.**

Plaintiff hereby submits his motion and moves this honorable Court pursuant to Fed.R.Civ.P. 12(f) and 12(e) to strike certain improper answers by the defendants' and also all of the defendants insufficient and improper affirmative defenses, and, in the alternative, to order defendants' to submit a more definite statement on defendants' affirmative defenses.

As reason for this motion, the plaintiff attaches hereto and incorporates by reference his memorandum of law in support of his motion.

Respectfully submitted by the
plaintiff pro se

Peter K. Frei
P.O. Box 500
BRIMFIELD, MA 01010-0500
phone: 413 245 4660

(http://www.01521.com/fed/fmostr01.htm)

Page 1 of 1 Pages