UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-30070-MAP

| | |
|---|---|
| PETER K. FREI, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| TOWN OF HOLLAND, BOARD OF HEALTH, | ) |
| HOLLAND CONSERVATION COMMISSION, | ) |
| HOLLAND POLICE DEPARTMENT, | ) |
| PLANNING BOARD, ZONING BOARD OF | ) |
| APPEALS, Ronald Benoit, Debra Benveniste, | ) |
| Sally Blais, Richard Blease, Harold E. Congdon, | ) |
| Robert Dymon, Robert Ford, Kevin Gleason, | ) |
| Benjamin Haller, William Hardy, Earl Johnson, | ) |
| Helen Kreiger, Marilyn LaPlante, Joanne May, | ) |
| Vincent J. McCaughey, Dora Metrelis, | ) |
| Arthur A. Quinn, Brian Roche, John Stevens, | ) |
|     Defendants | ) |

## MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COME the defendants and respectfully move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).  As grounds for this Motion, the defendants state that the plaintiff has failed to state a viable cause of action, has exceeded the statute of limitations with respect to many of his claims, has failed to state a claim upon which relief may be granted and that the defendants are entitled to either qualified or absolute immunity.  As further grounds and in further support, the defendants incorporate by reference their memorandum in support of the instant motion.

387830

         THE DEFENDANTS
         TOWN OF HOLLAND, ET AL.

         By */s/Nancy Frankel Pelletier*
         Nancy Frankel Pelletier, Esq., and

         By */s/Dorothy Varon*
         Dorothy Varon, Esq., both of
         Robinson Donovan, P.C.
         1500 Main Street, Suite 1600
         Springfield, Massachusetts 01115
         Phone (413) 732-2301  Fax (413) 785-4658
         NFP BBO No.:  544402
         DV BBO No.:  629609

<u>CERTIFICATE OF SERVICE</u>

 I, Nancy Frankel Pelletier, Esq., hereby certify that on this 14th day of January, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to Peter K. Frei, *Pro Se*, P.O. Box 500, Brimfield, MA 01010-0500.

 Subscribed under the penalties of perjury.

         */s/Nancy Frankel Pelletier*
         Nancy Frankel Pelletier, Esq.

387830