# Commonwealth of Massachusetts
# HAMPDEN SUPERIOR COURT
# Case Summary
# Civil Docket

## Frei v Holland et al

Details for Docket: HDCV2002-01196

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | HDCV2002-01196 | **Caption:** | Frei v Holland et al |
| **Filing Date:** | 11/20/2002 | **Case Status:** | Dismissed |
| **Status Date:** | 01/03/2005 | **Session:** | Civil A - CtRm 6 |
| **Lead Case:** | NA | **Case Type:** | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 09/16/2003 |
| **Service Date:** | 02/18/2003 | **Disposition:** | 02/28/2004 |
| **Rule 15:** | 04/19/2003 | **Rule 12/19/20:** | 04/19/2003 |
| **Final PTC:** | 04/21/2004 | **Rule 56:** | 11/30/2003 |
| **Answer Date:** | 04/19/2003 | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | HDCV2002-01196 | **Caption:** | Frei v Holland et al |
| **Filing Date:** | 11/20/2002 | **Case Status:** | Dismissed |
| **Status Date:** | 01/03/2005 | **Session:** | Civil A - CtRm 6 |
| **Lead Case:** | NA | **Case Type:** | Misc real property |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 09/16/2003 |
| **Service Date:** | 02/18/2003 | **Disposition:** | 02/28/2004 |
| **Rule 15:** | 04/19/2003 | **Rule 12/19/20:** | 04/19/2003 |
| **Final PTC:** | 04/21/2004 | **Rule 56:** | 11/30/2003 |
| **Answer Date:** | 04/19/2003 | **Jury Trial:** | YES |

## Parties Involved

3 Parties Involved in Docket: HDCV2002-01196

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Holland | **First Name:** | Planning Board of |

| | | | |
|---|---|---|---|
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Holland | First Name: | Town of |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Plaintiff |
| Last Name: | Frei | First Name: | Peter K |
| Address: | P.O. Box 500 | Address: | |
| City: | Brimfield | State: | MA |
| Zip Code: | 01010 | Zip Ext: | 0500 |
| Telephone: | 413-245-4660 | | |

## Attorneys Involved

2 Attorneys Involved for Docket: HDCV2002-01196

| | | | |
|---|---|---|---|
| Attorney Involved: | | Firm Name: | |
| Last Name: | McCaughey | First Name: | Vincent |
| Address: | 807 Main Street | Address: | PO Box 601 |
| City: | Warren | State: | MA |
| Zip Code: | 01083 | Zip Ext: | |
| Telephone: | 413-436-9321 | Tel Ext: | |
| Fascimile: | 413-436-9322 | Representing: | Holland, Town of (Defendant) |

| | | | |
|---|---|---|---|
| Attorney Involved: | | Firm Name: | |
| Last Name: | McCaughey | First Name: | Vincent |
| Address: | 807 Main Street | Address: | PO Box 601 |
| City: | Warren | State: | MA |

| **Zip Code:** | 01083 | **Zip Ext:** | |
|---|---|---|---|
| **Telephone:** | 413-436-9321 | **Tel Ext:** | |
| **Fascimile:** | 413-436-9322 | **Representing:** | Holland, Planning Board of (Defendant) |

## Calendar Events

21 Calendar Events for Docket: HDCV2002-01196

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 04/14/2003 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 2 | 05/08/2003 | 09:00 | Motion/Hearing: amend complaint | A | Event held as scheduled |
| 3 | 06/11/2003 | 14:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 4 | 09/15/2003 | 09:00 | Motion/Hearing: amend deadline | A | Event held as scheduled |
| 5 | 09/15/2003 | 09:00 | Motion/Hearing: Compel | A | Event held as scheduled |
| 6 | 09/30/2003 | 14:00 | Motion/Hearing: Compel | A | Event held as scheduled |
| 7 | 10/01/2003 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 8 | 10/01/2003 | 09:00 | Motion/Hearing: Compel | A | Event held as scheduled |
| 9 | 10/14/2003 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 10 | 11/19/2003 | 15:00 | Conf: final pre-trial | A | Event not held-req of Plaint |
| 11 | 12/01/2003 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 12 | 12/29/2003 | 15:00 | Conf: final pre-trial | A | Event moved to another session |
| 13 | 01/07/2004 | 15:00 | Conf: final pre-trial | A | Event held as scheduled |
| 14 | 01/29/2004 | 16:00 | Status: Review Annual Fee | A | Event held as scheduled |
| 15 | 04/21/2004 | 15:00 | Conf: final pre-trial | A | Event held as scheduled |
| 16 | 05/18/2004 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 17 | 06/02/2004 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 18 | 06/10/2004 | 09:00 | TRIAL: by jury | A | |
| 19 | 06/23/2004 | 09:00 | Motion/Hearing: Protective Order | A | Event held as scheduled |
| 20 | 08/24/2004 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 21 | 09/09/2004 | 09:00 | Motion/Hearing: Protective Order | A | Event held as scheduled |

## Full Docket Entries

158 Docket Entries for Docket: HDCV2002-01196

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|

| Date | No. | Entry |
|---|---|---|
| 11/20/2002 | 1 | Complaint & civil action cover sheet filed |
| 11/20/2002 | | Origin 1, Type C99, Track F. |
| 11/22/2002 | 2 | SERVICE RETURNED and the Town of Holland(Defendant) |
| 12/13/2002 | 3 | Notice of Taking Deposition by Peter K Frei on 12/30/02 Re; Debra Benveniste. |
| 12/13/2002 | 4 | Notice of Taking Deposition byPeter K Frei on 12/30/02 re: Joanne May. |
| 12/13/2002 | 5 | Notice of Taking Deposition by Peter K Frei on 12/30/02 re: Earl Johnson. |
| 12/16/2002 | 6 | Atty Vincent McCaughey's notice of appearance for deft. Planning Board of Holland, Town of Holland |
| 12/16/2002 | 7 | ANSWER: and Counterclaim of Planning Board of Holland and Town of Holland.(Defendant) |
| 12/17/2002 | 8 | Request for default (55a) for failure to answer re: Planning Board of Holland, Town of Holland |
| 01/07/2003 | 9 | ANSWER by Peter K Frei to COUNTERCLAIM of Planning Board of Holland, Town of Holland |
| 04/11/2003 | | Pleading, Defendant's opposition to plaintiff's motion to amend complaint , returned to Vincent McCaughey, Esq.: No motion to amend complaint is on file, your original and a copy of your opposition is to be sent to the plaintiff to be included with the 9A package for filing with the court. |
| 04/14/2003 | 10 | Plaintiff Peter K Frei's emergency MOTION to extend tracking order deadline for rule 15 motions to 5/19/03 |
| 04/14/2003 | | (P#10) ALLOWED - No further extentions. (Lawrence B. Wernick, Justice)(notices in hand and fx: 04/14/03) |
| 05/07/2003 | 11 | Plaintiff Peter K Frei's MOTION to amend complaint by adding defts., "Debra Benveniste, chair woman of the planning board", Joanne May, secretary of the planning board", "Don Beal, member of the planning board", "Robert H. Ford, town clerk", "Earl Johnson, member of the planning board and member of the board of selectmen", "John Kay, member of the planning board", "Marilyn LaPlante, member of the planning board" and "Brian Roche, member of the planning board" |
| 05/08/2003 | | (P#11) Mark for hearing. (Judd J Carhart,Justice). Notices faxed and mailed May 09, 2003 |
| 06/03/2003 | 12 | Plaintiff's Notice of Taking Deposition of June Squire. |
| 06/20/2003 | | (P#11) (dated 06/12/03) DENIED (Peter A. Velis, Justice) (Notices faxed & mailed June 20, 2003) |
| 09/11/2003 | 13 | Plaintiff Peter K Frei's emergency MOTION to extend tracking order deadline to compel a continuance of a deposition and to compel ans. from 9/16/03 to 10/16/03 . |

| Date | # | Description |
|---|---|---|
| 09/11/2003 | 14 | Plaintiff Peter K Frei's emergency MOTION to compel answers to |
| 09/11/2003 | 14 | deposition questions and for a continuance of a deposition. |
| 09/12/2003 | 15 | Defts.' response to plff's. emergency motions for protective order |
| 09/12/2003 | 15 | concerning certain depositions. |
| 09/22/2003 | | (P#13)(dated 9/15/03) ALLOWED. No Opposition. (Constance Sweeney, |
| 09/22/2003 | | Justice) Notices faxed/mailed September 22, 2003 |
| 09/22/2003 | | (P#14)(dated 9/15/03) Hearing on motion scheduled for 09/30/03 at |
| 09/22/2003 | | 2:00 p.M. Courtroom 6. Plaintiff must provide the court all the the |
| 09/22/2003 | | transcript of the deposition. (Constance Sweeney, Justice). Notices |
| 09/22/2003 | | faxed/mailed September 22, 2003 |
| 09/26/2003 | 16 | Memorandum: in support of plaintiffs' motion to compel answers to |
| 09/26/2003 | 16 | deposition questions, and for a continuance of a deposition filed by |
| 09/26/2003 | 16 | Peter K Frei. |
| 09/30/2003 | 17 | Notice sent to appear for pre-trial conference on November 19, 2003. |
| 09/30/2003 | 17 | faxed September 30, 2003. |
| 09/30/2003 | | Hearing on (P#14) compel answers to deposition questions held, matter |
| 09/30/2003 | | taken under advisement. (Constance Sweeney, Justice) |
| 09/30/2003 | 18 | Memorandum: in support of defendants' request for protective order |
| 09/30/2003 | 18 | filed by Planning Board of Holland, Town of Holland. |
| 10/06/2003 | | (P#14)(dated 10/1/03) See endorsement on Def's memo in support of |
| 10/06/2003 | | request for P.O. (Constance Sweeney, Justice). Notices faxed/mailed |
| 10/06/2003 | | October 06, 2003 |
| 10/06/2003 | | (P#18)(dated 10/1/03) After hearing Protective Order ALLOWED to the |
| 10/06/2003 | | extent that Mr. Frei may, depose Ms. Benveniste for up to & |
| 10/06/2003 | | additional hour during one last deposition setting. His questions |
| 10/06/2003 | | must be limited in scope so that he seeks facts that are likely to |
| 10/06/2003 | | lead to relivant evidence. If the deveates from this structure, the |
| 10/06/2003 | | deposition should be immediately terminated. (Constance Sweeney, |
| 10/06/2003 | | Justice) Notices mailed October 06, 2003 |
| 10/10/2003 | 19 | Plaintiff Peter K Frei's emergency MOTION to extend tracking order |
| 10/10/2003 | 19 | deadline - Rule 56 to 11/30/2003 and pre-trial conference to |
| 10/10/2003 | 19 | 12/31/2003. |
| 10/14/2003 | | MOTION (P#19) ALLOWED (Constance Sweeney, Justice) Notices mailed |
| 10/14/2003 | | October 14, 2003 |
| 11/13/2003 | 20 | Notice sent to appear for pre-trial conference on December 29, 2003 |
| 11/28/2003 | 21 | Plaintiff Peter K Frei's Emergency MOTION to extend time to file Rule |
| 11/28/2003 | 21 | 56 motions from 11/30/03 to 1/31/04 |
| 11/28/2003 | 22 | Plaintiff Peter K Frei's MOTION for entry of default as Sanctions for |
| 11/28/2003 | 22 | perjury by defendant. |
| 12/01/2003 | | MOTION (P#21) DENIED. Further, this is not an emergency. Costs of |
| 12/01/2003 | | $100 to be pd. by plaintiff to court for deliberate failure to comply |

| Date | No. | Entry |
|---|---|---|
| 12/01/2003 | | with Rule 9A. (Constance M. Sweeney, Justice) Notices faxed & mailed |
| 12/01/2003 | | December 01, 2003 ($100.00 paid 12/29/03) |
| 12/01/2003 | | MOTION (P#22) DENIED (Constance M. Sweeney, Justice) Notices faxed & |
| 12/01/2003 | | mailed December 01, 2003 |
| 12/10/2003 | 23 | Notice of Annual Civil Litigation Fee mailed to plaintiff's attorney |
| 12/10/2003 | 23 | [attorney:plf] on [date]. |
| 12/24/2003 | 24 | Notice sent to appear for pre-trial conference on January 07, 2004 |
| 12/29/2003 | | Annual Civil Litigation fee in the sum of $120.00 paid by the |
| 12/29/2003 | | plaintiff Peter Frei on December 29, 2003 |
| 01/07/2004 | 25 | Joint pre-trial memorandum filed |
| 02/04/2004 | 26 | Plaintiff Peter K Frei's MOTION in limine to to question any witness |
| 02/04/2004 | 26 | defendant(s) and introduce documents into evidence. |
| 03/02/2004 | 27 | Notice sent to appear for pre-trial conference on April 21, 2004 |
| 03/23/2004 | 28 | Plaintiff Request for Assignment M G L c 211B, Sec. 9 request for |
| 03/23/2004 | 28 | special assignment |
| 04/14/2004 | 29 | Notice sent to appear on April 21, 2004 at 3:00 p.m. for a hearing on |
| 04/14/2004 | 29 | motions along with the pre-trial conference. (mailed 04/14/04) |
| 04/15/2004 | 30 | ORDER Denying request for special assignment. faxed/mailed April 16, |
| 04/15/2004 | 30 | 2004. |
| 05/12/2004 | 31 | Defendant Planning Board of Holland, Town of Holland's MOTION for |
| 05/12/2004 | 31 | waiver of jury trial. |
| 05/24/2004 | | (P#31)(dated 5/18/04) DENIED (Peter A. Velis, Justice) Notices faxed |
| 05/24/2004 | | May 24, 2004 |
| 05/25/2004 | 32 | Plaintiff Peter K Frei's MOTION for Voluntary Dismissal of Count II, |
| 05/25/2004 | 32 | Count III and the request for monetary damages, without prejudice and |
| 05/25/2004 | 32 | without conditions. -- Ref. to session judge. |
| 06/02/2004 | | MOTION (P#32) ALLOWED as to the dismissal of counts II and III; |
| 06/02/2004 | | denied as to remainder (Peter A. Velis, Justice) fx & m. June 17, |
| 06/02/2004 | | 2004 |
| 06/04/2004 | 33 | Joint statement of agreed facts. |
| 06/04/2004 | 34 | Amended joint pre-trial memorandum filed. |
| 06/07/2004 | 35 | Plff's. Proposed Voir Dire questions filed. |
| 06/07/2004 | 36 | Joint exhibit list. |
| 06/07/2004 | 37 | Plff's. trial brief. |
| 06/14/2004 | 38 | Defendant Planning Board of Holland, Town of Holland's emergency |
| 06/14/2004 | 38 | MOTION for protective order on trial date for June 21, 2004 through |
| 06/14/2004 | 38 | July 9, 2004. |
| 06/16/2004 | | (P#38) (dated 6/14/04) ALLOWED only until 6/25/04. (Judd J. |
| 06/16/2004 | | Carhart, Justice) Notices mailed/faxed June 16, 2004 |
| 06/22/2004 | 39 | Plaintiff Peter K Frei's emergency MOTION for protective order from |
| 06/22/2004 | 39 | trial June 28 thru July 5, and July 9 thru July 14 |

| Date | # | Description |
|---|---|---|
| 07/08/2004 | | (dated 6/23/04) MOTION (P#39) ALLOWED (Judd J. Carhart, Justice) |
| 07/08/2004 | | Notices faxed July 08, 2004 |
| 08/24/2004 | 40 | Plaintiff Peter K Frei's emergency MOTION for a protective order on |
| 08/24/2004 | 40 | trial date for August 30 through September 3, 2004. |
| 08/24/2004 | | (P#40) ALLOWED (Mary-Lou Rup, Justice)(Notices fx: 08/24/04) |
| 09/09/2004 | 41 | Copy of exhibit envelope. |
| 09/09/2004 | 42 | Waiver of jury claim filed by Peter K Frei, Planning Board of |
| 09/09/2004 | 42 | Holland, Town of Holland |
| 09/09/2004 | 43 | Court received Joint Exhibit list. |
| 09/09/2004 | 44 | Plaintiff Peter K Frei's MOTION to sequester witnesses. |
| 09/09/2004 | 45 | Defendant Planning Board of Holland, Town of Holland's emergency |
| 09/09/2004 | 45 | MOTION for protective order re: witness, Joanne May for a portion of |
| 09/09/2004 | 45 | the day on September 8, 2004. |
| 09/09/2004 | | (P#45) ALLOWED (Bertha J. Josephson, Justice)(Notices fx: & mailed |
| 09/09/2004 | | 12/13/04) |
| 09/09/2004 | 46 | Defendant Planning Board of Holland, Town of Holland's emergency |
| 09/09/2004 | 46 | MOTION for protective order re: witness, Earl Johnson for September |
| 09/09/2004 | 46 | 10, 2004. |
| 09/09/2004 | | (P#46) ALLOWED (Bertha J. Josephson, Justice) (Notices fx: & mailed |
| 09/09/2004 | | December 13, 2004) |
| 09/09/2004 | 47 | Plaintiff Peter K Frei's MOTION for use of deposition of witness |
| 09/09/2004 | 47 | outside of Massachusetts. |
| 09/13/2004 | 48 | Court received Plaintiff's closing argument. |
| 09/13/2004 | 49 | Affidavit of Peter K. Frei in support of plaintiff's closing argument. |
| 09/13/2004 | 50 | Closing Trial brief filed by Defts'. Planning Board of Holland, Town |
| 09/13/2004 | 50 | of Holland |
| 12/10/2004 | 51 | MEMORANDUM OF DECISION AND ORDER on plaintiff's petition for a writ |
| 12/10/2004 | 51 | of mandamus. (Betha Josephson, Justice)(Notice fx: & mailed 12/13/04) |
| 01/03/2005 | 52 | JUDGMENT: on plaintiff's petition for writ of mandamus is DENIED |
| 01/03/2005 | 52 | (Bertha Josephson, Justice). Copies mailed/faxed January 04, 2005 |
| 01/03/2005 | 53 | Plaintiff Peter K Frei's MOTION for new trial |
| 01/07/2005 | 54 | Opposition to plff's. motion for new trial. filed by Planning Board |
| 01/07/2005 | 54 | of Holland, Town of Holland |
| 01/11/2005 | | (P#53) (dated 1/5/05) Defendant to file response writtin 30 days. |
| 01/11/2005 | | (Bertha D. Josephson, Justice). Notices mailed/faxed January 11, 2005 |