UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-30070MAP

Peter K. Frei,                      )
Plaintiff,                          )
                                    )
v.                                  )
                                    )
TOWN OF HOLLAND, et al,             )
Defendant(s)                        )

PLAINTIFF'S EMERGENCY MOTION TO DENY DEFENDANTS' MOTION FOR
JUDGEMENT ON THE PLEADINGS,
OR, IN THE ALTERNATIVE,
TO CONVERT MOTION FOR JUDGEMENT ON THE PLEADINGS INTO RULE 56 MOTION
AND ALLOW BOTH PARTIES MORE TIME

Plaintiff hereby submits his motion and moves this honorable Court pursuant to Fed.R.Civ.P. 5(d) and local Rule 5.2(b)(1) to strike defendants' motion for judgement on the pleadings for failure to serve plaintiff.

As reason for this motion, the plaintiff attaches hereto and incorporates by reference his memorandum of law in support of his motion.

Respectfully   submitted   by   the
plaintiff pro se

Peter K. Frei
P.O. Box 500
BRIMFIELD, MA 01010-0500
phone: 413 245 4660

(http://www.01521.com/fed/fmostrk02.htm)