UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-30070MAP

Peter K. Frei, )
Plaintiff, )
)
v. )
)
TOWN OF HOLLAND, et al, )
Defendant(s) )

### PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION WITH MEMORANDUM TO DEFENDANTS' MOTION FOR JUDGEMENT ON THE PLEADINGS IN EXCESS OF 20 PAGES

Plaintiff moves in the above captioned matter for permission to be allowed to file a memorandum of law in excess of 20 pages in opposition to defendants' MOTION FOR JUDGEMENT ON THE PLEADINGS.

In support thereof, plaintiff states that he is opposing a 38 page memorandum presented by the defendants', contending almost every single allegation of plaintiff's 95 page complaint.

In an effort to address each argument thoroughly, plaintiff has exceeded the 20 page limit. Plaintiff therefore respectfully moves for leave to file his opposition in excess of the 20 page limit.

February 24, 2005                    Peter K. Frei, plaintiff pro se

P.O.Box 500
Brimfield, MA 01010-0500
phone:    413 245 4660
cell:     413 626 3519

Page 1 of 2 Pages

**CERTIFICATE OF SERVICE:**

On this 24th day of July 2005, I certify that I mailed a true copy of the above document, postage prepaid to:

>Nancy Frankel Pelletier, Esq., of
>Robinson Donovan, P.C.
>1500 Main Street, Suite 1600
>Springfield, MA 01115

Peter K. Frei

(http://www.01521.com/fed/f10leave.htm)