UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-30070MAP

Peter K. Frei,           )
Plaintiff,               )
                         )
v.                       )
                         )
TOWN OF HOLLAND, et al,  )
Defendant(s)             )

## PLAINTIFF'S MOTION FOR A REQUEST TO ENLARGE TIME

Plaintiff moves in the above captioned matter and requests that this Court allow more time for discovery and postpone the case management conference scheduled for March 24, 2005, at 10:00 a.m.

If rescheduling of the case management conference at this time is necessary, plaintiff would suggest the second half of September 2005.

As reasons for this motion, plaintiff attaches hereto and incorporates by reference a Memorandum of Law in support of his motion to enlarge time pursuant to Fed.R.Civ.P., rule 6(b).

February 24, 2005                    Peter K. Frei, plaintiff pro se

                                     P.O.Box 500
                                     Brimfield, MA 01010-0500
                                     phone:    413 245 4660
                                     cell:     413 626 3519

Page 1 of 2 Pages

**CERTIFICATE OF SERVICE:**

On this 24th day of February 2005, I certify that I mailed a true copy of the above document, postage prepaid to:

>Nancy Frankel Pelletier, Esq., of
>Robinson Donovan, P.C.
>1500 Main Street, Suite 1600
>Springfield, MA 01115

*[signature]*

Peter K. Frei

(http://www.01521.com/fed/f1lmotio.htm)

of depositions and requests for admission.

                                              Respectfully submitted by the
                                              plaintiff pro se

                                              Peter K. Frei
                                              P.O.Box 500
                                              Brimfield, MA 01010-0500
                                              phone: 413 245 4660
                                              cell: 413 626 3519

---

**CERTIFICATE OF SERVICE:**

On this 24th day of February 2005, I certify that I mailed a true copy of the above document, postage prepaid to:

                    Nancy Frankel Pelletier, Esq., of
                         Robinson Donovan, P.C.
                    1500 Main Street, Suite 1600
                       Springfield, MA 01115

                                              Peter K. Frei

---

(http://www.01521.com/fed/f1lmemor.htm)