of depositions and requests for admission.

>Respectfully submitted by the
>plaintiff pro se
>
>*[signature]*
>
>Peter K. Frei
>P.O.Box 500
>Brimfield, MA 01010-0500
>phone: 413 245 4660
>cell:  413 626 3519

---

**CERTIFICATE OF SERVICE:**

On this 24th day of February 2005, I certify that I mailed a true copy of the above document, postage prepaid to:

>Nancy Frankel Pelletier, Esq., of
>Robinson Donovan, P.C.
>1500 Main Street, Suite 1600
>Springfield, MA 01115

*[signature]*

Peter K. Frei

---

(http://www.01521.com/fed/fllmemor.htm)