UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30070MAP

Peter K. Frei,            )
Plaintiff,                )
                          )
v.                        )
                          )
TOWN OF HOLLAND, et al,   )
Defendant(s)              )

**PLAINTIFF'S CERTIFICATE OF CONFERRAL PURSUANT TO L.R.7.1A(2)**

Plaintiff pro se hereby certifies that in the above-captioned action he conferred with defendants' counsel, Dorothy Varon, during a phone conference on February 22 and 23, 2005. Both parties attempted in good faith to narrow the issues set forth in the following motions:

PLAINTIFF'S MOTION FOR LEAVE TO FILE
PLAINTIFF'S OPPOSITION WITH MEMORANDUM TO DEFENDANTS' MOTION FOR JUDGEMENT ON THE PLEADINGS
IN EXCESS OF 20 PAGES

~~PLAINTIFF'S MOTION FOR A REQUEST TO CORRECT DOCKET ENTRY~~

PLAINTIFF'S MOTION FOR A REQUEST TO ENLARGE TIME

Peter K. Frei, plaintiff pro se

P.O.Box 500
Brimfield, MA 01010-0500
phone: 413 245 4660
cell: 413 626 3519

CERTIFICATE OF SERVICE:

On this 24th day of February 2005, I certify that I mailed a true copy of the above document, postage prepaid to:

> Nancy Frankel Pelletier, Esq., of
> Robinson Donovan, P.C.
> 1500 Main Street, Suite 1600
> Springfield, MA 01115

Peter K. Frei

(http://www.01521.com/fed/fllcerco.htm)