UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

CIVIL ACTION NO. 04-30070MAP

2005 JUN 17 P 3:54

U.S. DISTRICT C...
DISTRICT OF M...

Peter K. Frei,  )
Plaintiff,      )
                )
v.              )
                )
TOWN OF HOLLAND, et al, )
Defendant(s)    )

### PLAINTIFF'S MOTION TO AMEND AND SUPPLEMENT COMPLAINT FOR THE SECOND TIME

Plaintiff moves in the above captioned matter and is seeking leave from this court to amend his complaint for the second time pursuant to Fed.R.Civ.P., rule 15(a), and also leave to supplement his complaint pursuant to Fed.R.Civ.P., rule 15(d).

WHEREFORE, plaintiff respectfully requests that this court grants leave to amend complaint, and also to supplement complaint. As reasons for this motion, plaintiff attaches hereto and incorporates by reference PLAINTIFF'S MEMORANDUM IN SUPPORT TO HIS MOTION TO AMEND HIS COMPLAINT FOR THE SECOND TIME in support of this motion.

June 17, 2005                     Peter K. Frei, plaintiff pro se

                                  [signature]

                                  P.O.Box 500
                                  Brimfield, MA 01010-0500
                                  phone:  413 245 4660
                                  cell:   413 626 3519

(http://www.01521.com/fed/f14motio.htm)