UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER K. FREI                                       CIVIL / CRIMINAL

                                                    CASE NO.  04-30070

V.

TOWN OF HOLLAND
            Defendant

### NOTICE

PONSOR          D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON THE MOTION FOR JUDGMENT ON THE PLEADINGS ON SEPTEMBER 21,, 2005 AT 3:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

/s/Elizabeth A. French

July 25, 2005                                   By:
     Date                                           Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**