# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

PETER K. FREI,

    Plaintiff(s)

        v.                  CIVIL ACTION NO. 3:04 -30070 -MAP

TOWN OF HOLLAND, ET AL.,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Town of Holland, et al, against the plaintiffs Peter K. Frei, pursuant to the court's memorandum and order entered this date, granting the defendants motion for judgment on the pleadings as to counts 1-6, 8-39, 41-48, 50-54, and 56-59; and dismissing without prejudice, counts 7, 40, 49, 55, 60, and 61.

                                **SARAH A. THORNTON**,
                                CLERK OF COURT

Dated:  February 17, 2006        By  /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                      [jgm.]