Peter Frei                                          101 Maybrook Road
                                                    HOLLAND, MA 01521

                                            phone: 413 245 4660
                                                   413 626 3519

Federal District Court
1550 Main Street
Mary Finn, Clerk of Courts

**SPRINGFIELD, MA  01103**

March 14, 2006

      RE: **Peter K. Frei**
      VS: **Town of Holland** et als.

CIVIL ACTION NO: 04-30070-MAP



Dear Mrs. Finn

    Please be advised that there is a change of address. The proper address of the plaintiff for all correspondence, notices, orders and any other documents relating to the above captioned case is:

                  Peter Frei
               101 Maybrook Road
              HOLLAND, MA 01521

Thank you.

                                        Very truly yours,


(CHANGEAD)                                          Peter K. Frei