UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-30070MAP

Peter K. Frei,
Plaintiff,

v.

**TOWN OF HOLLAND**, BOARD OF HEALTH, HOLLAND CONSERVATION COMMISSION,
HOLLAND POLICE DEPARTMENT, PLANNING BOARD,   ZONING BOARD OF APPEALS,
Ronald Benoit, Debra Benveniste, Sally Blais, Richard Blease, Harold
E. Congdon, Robert Dymon, Robert Ford, Kevin Gleason, Benjamin
Haller, William Hardy, Earl Johnson, Helen Kreiger, Marilyn
LaPlante, Joanne May, Vincent J. McCaughey, Dora Metrelis, Arthur A.
Quinn, Brian Roche, John Stevens,
Defendant(s)

## NOTICE OF APPEAL

Notice is hereby given that Peter K. Frei, plaintiff pro se,

in the above named case hereby appeals to the United States Court of

Appeals for the First Circuit from the final judgement from an order

granting defendants motion for judgement on the pleadings,

dismissing all Federal claims with prejudice and dismissing all

State Law claims without prejudice, entered in this action on the

seventeenth day of February 17, 2006.

Respectfully   submitted
by the Plaintiff pro se

Holland, March 14, 2006

Peter K. Frei, PRO SE
101 Maybrook Road
HOLLAND, MA 01521
phone: 413 245 4660

(http://www.01521.com/fed/notiappe.htm)

