# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name **PETER K. FREI    v.   TOWN OF HOLLAND ET AL.**
District Court Case No. **04-30070-MAP**        District of **MASSACHUSETTS**
Date Notice of Appeal filed **MARCH -**        Court of Appeals Case No. _____
Form filed on behalf of **PETER K. FREI**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter **SARA MUBAREK, PHILBIN & ASSOCIATES, 959 MAIN STREET**
Phone Number of Reporter **413 733 4078    SPRINGFIELD, MA 01103**

A. ___ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

PROCEEDING(S) / HEARING DATE(S)

- ☐ Jury Voir dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☐ Pretrial proceedings (specify) _____
- ☐ Testimony (specify) _____
- ☒ Other (specify) **RULE 12(c) MOTION    SEPT. 21 2005 AT 3:00 PM**

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ☒ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

- ☒ Private funds.
- ☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **PETER K. FREI**        Filer's Signature _____
Firm/Address **101 MAYBROOK RD, HOLLAND MA 01521**
Telephone number **413 245 4660**    Date mailed to court reporter **MARCH 15, 2006**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)        SEE INSTRUCTIONS ON REVERSE