# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-30070

Peter K. Frei

v.

Town of Holland

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 3-29, 31-54

and contained in Volume(s) I & II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/14/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2006.

Sarah A. Thornton, Clerk of Court

By: Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/24/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06